**FILED**

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

AUG 1 2 1999

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

| | | |
|---|---|---|
| EARL GENE CAULEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-96-1679-M |
| | ) | |
| ROBERT E. STAUTH, et al., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLEMING COMPANIES, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DOCKETED**

### MINUTE ORDER

This minute order is entered for purposes of the Court Clerk's computerized docketing system.

The docketing system reflects that defendant Robert E. Stauth, et al.'s November 16, 1998 motion for enlargement of time to extend responsive pleading deadline is still pending.

The Court deems the November 16, 1998 motion MOOT. [docket no. 110].

**IT IS SO ORDERED** this _____ day of August, 1999.

**VICKI MILES-LaGRANGE**
**UNITED STATES DISTRICT JUDGE**